# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | October 30, 2017 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY  10007

      Re:    <u>**Zhu and Cheung v. A Plus Kitchen Inc., et al.**</u>
               *Case Number 16-cv-5767 (VSB) (KNF)*

Dear Judge Broderick:

      We represent plaintiffs Zhu and Cheung in the above-referenced matter and submit the following joint status report with defendant Zhengcun Zheng, pursuant to the Court's Orders of September 6 and October 13.  We spoke with defendant Zheng today.  He told us that defendant A Plus Kitchen Inc. will not be represented by counsel and intends to default.  Similarly, defendant Zheng will not be obtaining counsel, will not be representing himself, and intends to default as well.  As the Court is aware, defendants already have conceded liability on Counts I through V, and Count VII, of the Complaint.  Plaintiffs now intend to pursue a default judgment against defendants in accordance with Attachment A of Your Honor's Individual Rules & Practices in Civil Cases.

      We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

                                    Respectfully submitted,

                                    David Stein

cc:  Mr. Zhengcun Zheng (via email and first class mail)