**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GUANT PING ZHU, et al.,

                          Plaintiffs,                   16 **CIVIL** 5767 (VSB) (KNF)

        -against-                       **DEFAULT JUDGMENT**

A PLUS KITCHEN, INC., et al.,
                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 23, 2020, Magistrate Judge Fox's Report and

Recommendation is adopted in its entirety; Plaintiff Zhu is awarded $67,346.62 and Plaintiff

Cheung is awarded $42,889.16; Plaintiffs are also awarded $20,109.50 in attorney's fees plus an

additional $1,114.40 in costs; accordingly, this case is closed.


**Dated:**  New York, New York
         September 24, 2020


                                 **RUBY J. KRAJICK**
                           _____
                              Clerk of Court
                 BY:
                              Deputy Clerk